**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JS-6

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. LA 23 CV 10464 JFW(JCx)　　　　　　　　　　Date March 25, 2024

Title: William Tang v. Conifer Value-Based Care, LLC, et al.

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　　　　Attorneys Present for Defendants:

Not Present　　　　　　　　　　　　　　　　　Not Present

Proceedings:　　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  In light of the declaration filed on 2/8/24 [26] - the Court administratively closes this case.

☐ Entered _____.

Initials of Preparer　sr